FILED
CLERK, U.S. DISTRICT COURT
APR - 9 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TRACY COLLIER, | ) | NO. ED CV 08-122-CBM(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| D. DEXTOR, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: _4/0 9_____, 2008.

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE